# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2018

*The Court of Appeals hereby passes the following order*

**A19I0102. GREAT EXPRESSIONS DENTAL CENTERS OF GEORGIA, et al. v.
HEATHER RICHARDSON, ET AL..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be
hereby DENIED.

LC NUMBERS:

18A8426



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, November 27, 2018.*

*I certify that the above is a true extract from the minutes
of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*